SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:14-CR-86-DBH |
| | ) | |
| RODRIGO SCHUMACKER | ) | |

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an Indictment has been returned could result in the flight of the Defendant, the destruction of evidence, or danger to law enforcement officers who seek to effect the Defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the Defendant's arrest.

Dated at Portland, Maine this 8th day of July, 2014.

7/8/14

Motion GRANTED.

*[signature]*
USMJ

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

*[signature]*
Craig M. Wolff
Assistant U.S. Attorney