# SYNOPSIS

U.S. DISTRICT COURT
[illegible]
[illegible]   FILED

JUN -3 P 4: 46

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Rodrigo Schumacker |
| **Address:** (City & State Only) | Seabrook, New Hampshire |
| **Year of Birth and Age:** | 1984 (29 years old) |
| **Violations:** | Count 1: Immigration document fraud 18 U.S.C. § 1546(a). <br><br> Count 2: Social security fraud. 42 U.S.C. § 408(a)(7)(B) |
| **Penalties:** | Count 1: Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 1546(a). <br><br> Count 2: Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine. 42 U.S.C. § 408(a). |
| **Supervised Release:** | Counts 1 & 2: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 & 2: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1 & 2: Not less than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | HSI<br>Special Agent David Pawson |
| **Detention Status:** | Defendant to be arrested. |
| **Foreign National:** | Yes (Brazil) |
| **Foreign Consular Notification Provided:** | Defendant to be notified of consular notification rights upon arrest. |

| County: | Cumberland |
|---|---|
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count. |