SCANNED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:14-cr-86-DBH |
| Rodrigo Schumacker | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Rodrigo Schumacker, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Immigration Document Fraud, In Violation of Title 18, U.S.C., Section 1546(a).

Social Security Fraud, In Violation of Title 42, U.S.C., Section 408(a)(7)(B).

TRUE COPY
ATTEST: Christa K. Berry, Clerk

Date: 07/09/2014    Deputy Clerk

*Issuing officer's signature*

City and state: Portland, Maine

Devon F. Richards, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*