UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**UNITED STATES OF AMERICA** )
)
   v. )     CRIMINAL NO. 2:14-cr-86-DBH
)
**RODRIGO SCHUMACKER**

## ORDER IN RESPECT TO DISCOVERY
**(Filed in Open Court)**

The Court hereby ORDERS counsel to meet and confer within five (5) days of this date on all discovery and pretrial production matter in this case.

The defendant shall file all pretrial motions not later than **July 29, 2014**

The defendant has requested that he/she be permitted until **August 5, 2014** to prepare and file pretrial motions. For good cause shown, the defendant's request is granted. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find the ends of justice served by such an enlargement of time outweigh the best interest of the public and of the defendant in a speedy trial.

The time period commencing on **July 29, 2014** and continuing through and including **August 5, 2014** is hereby excluded from consideration under the Speedy Trial Act.

The government shall respond to each defense motion within 21 days of its filing. The Court cautions counsel that the filing of any unnecessary motion may result in imposition of sanctions – counsel are to present to the Court by motion only genuine issues actually in dispute which counsel are unable to resolve in conference.

The trial in this matter is hereby scheduled to commence before Judge Hornby on **September 8, 2014**.

The Clerk shall be notified of any proposed change of plea not later than twenty-five (25) days from today.

Counsel are specifically directed to Local Rule 157.4 regarding the release of information in a criminal case.

                                                            /s/ John H. Rich III
                                                          United States Magistrate Judge

Dated this 15th day of July, 2014.