

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U.S. MARSHALS SERVICE
DISTRICT OF MAINE

2014 JUL 9 AM 9 02

2014 JUL 3 P 4: 53

DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:14-cr-86-DBH |
| Rodrigo Schumacker | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rodrigo Schumacker                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Immigration Document Fraud, In Violation of Title 18, U.S.C., Section 1546(a).

Social Security Fraud, In Violation of Title 42, U.S.C., Section 408(a)(7)(B).

Date: 07/09/2014

*Issuing officer's signature*

City and state: Portland, Maine

Devon F. Richards, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/9/2014 , and the person was arrested on *(date)* 7/15/2014 at *(city and state)* Sea Brook NH . |
| Date: 7/15/2014 |

*Arresting officer's signature*

David Pawson
*Printed name and title*