# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

# CRIMINAL CASES SCHEDULED FOR TRIAL COMMENCING

# BEFORE HON. D. BROCK HORNBY

# ON SEPTEMBER 8, 2014

The following cases are scheduled for jury impanelment at 9:00 a.m. on September 8, 2014 and trial may start immediately thereafter, to the extent possible. <u>Counsel are specifically advised that each case is set for selection not later than 9:00 a.m. and Counsel shall be present and ready at that time.</u> Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by <u>August 29, 2014</u>. Juror questionnaires will be available for inspection in the Clerk's Office three days prior to jury empanelment and should be reviewed since the questions asked in them will not be re-asked during voir dire.

Counsel shall advise the Clerk not later than <u>August 19, 2014</u> whether their case is firm for trial or is to be otherwise resolved. Any change of plea will be taken prior to September 8, 2014.

The Pattern Criminal Jury Instructions for the District Courts of the First Circuit are available for inspection in the Clerk's Office and can also be found on the District Court's Internet Home Page at www.med.uscourts.gov.

Information regarding the use and reservation of the electronic evidence presenter can be found at www.med.uscourts.gov under Courtroom Practices.

Counsel are specifically directed to Local Rule 157.4 and should consult with the Court if there is any doubt regarding the application of this rule.

Criminal Trials to Commence September 8, 2014

| | | |
|---|---|---|
| 1) | USA v. | THEODORE THOMES |
| | | RENEE THOMES |
| | CRIMINAL NO. 2:13-cr-205-DBH | |
| | Darcie N. McElwee, AUSA | Henry W. Griffin, Esq. |
| | | J. Hilary Billings, Esq. |
| 2) | USA v. | ANDREW CUPIDORE |
| | CRIMINAL NO. 2:14-cr-77-DBH | |
| | Michael J. Conley, AUSA | Peter J. Cyr, Esq. |
| 3) | USA v. | RODRIGO SCHUMACKER |
| | CRIMINAL NO. 2:14-cr-86-DBH | |
| | Craig M. Wolff, AUSA | Bruce M. Merrill, Esq. |
| 4) | USA v. | GYADEEN P. RAMDIHALL |
| | | JERVIS A. HILLAIRE |
| | CRIMINAL NO. 2:14-cr-23-DBH | |
| | Halsey B. Frank, AUSA | J. Hilary Billings, Esq. |
| | | Peter E. Rodway, Esq. |
| 5) | USA v. | MARIIA SHEVCHENKO |
| | CRIMINAL NO. 2:14-cr-28-DBH-002 | |
| | Darcie N. McElwee, AUSA | Molly Butler Bailey, Esq. |

| | | |
|---|---|---|
| 6) | USA      v.      MARINA KOROLEVA | |
| | <u>CRIMINAL NO. 2:14-cr-29-DBH</u> | |
| | Darcie N. McElwee, AUSA | Peter E. Rodway, Esq. |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ELECTRONIC EVIDENCE PRESENTER

The U.S. District Court for the District of Maine offers various audio/visual equipment for members of the bar to use during hearings or trials. While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector. Images of exhibits (documents, photographs, negatives, objects, x-rays, transparencies, etc.) are displayed using the digital document camera permitting the judge, attorneys, witnesses and jury to view the images simultaneously. Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software. Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation. The court will not troubleshoot compatibility problems for attorneys using the EEP.

**Important:**

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate that equipment. Attorneys who plan to use their own electronic equipment (such as laptops) at hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with that courtroom's system.** Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to the hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

<u>RESERVING THE ELECTRONIC EVIDENCE PRESENTER AND SCHEDULING A PRACTICE SESSION</u>

Reservations for the EEP should be made two weeks in advance of the date of the proceeding. To reserve the equipment and/or to schedule a practice session, contact these IT staff members:

Bangor:         Don Marshall at (207) 945-0575 ext. 6424

Portland        Robert Guptill at (207) 780-3356 ext. 5110

http://www.med.uscourts.gov/nodeblock/courtroom-practices