BRUCE M. MERRILL, P.A.
225 Commercial Street/Suite 501
Portland, ME  04101
207/775-3333

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA        )
                                )
                                )
v.                              )        CRIMINAL NO. <u>14-CR-86-DBH</u>
                                )
RODRIGO SCHUMACKER,             )
                                )
                Defendant.      )

**MOTION IN LIMINE**

NOW COMES Bruce M. Merrill, counsel for the above-named Defendant, Rodrigo Schumacker, and hereby requests that pre-trial rulings be made to resolve questions relating to the admissibility of evidence for the following reasons:

This Court is empowered under <u>Fed.R.Evid.</u> 104(a) to make pre-trial rulings of evidence that will be presented during trial of this matter.  It is to the benefit of all parties that measures be taken to avoid potential delays in the prosecution of this matter.  Accordingly, it is requested that pre-trial rulings be made regarding the following:

1.    The admissibility of any alleged exceptions to the hearsay rule that the government may seek to introduce at trial;

2.    The admissibility of evidence of prior convictions pursuant to <u>Fed.R.Evid.</u> 609 to impeach Rodrigo Schumacker;

3.    The admissibility of evidence of character and conduct pursuant to <u>Fed.R.Evid.</u> 608 to impeach Rodrigo Schumacker;

4.    The admissibility of any character evidence pursuant to Fed.R.Evid. 404(a) to impeach Rodrigo Schumacker;

5.    The admissibility of evidence of other crimes pursuant to Fed.R.Evid. 404(b);

6.    The competency of all witnesses that the government intends to call at trial; and

7.    The authentication and admissibility of any documents, photographs and oral or written statements made by Rodrigo Schumacker, or others, that the government seeks to introduce as evidence during the trial, pursuant to Fed.R.Crim.P. 12(d) and (e), as well as the following forms of evidence:  (a) extra-judicial eye-witness identification of Rodrigo Schumacker in whatever form; and (b) all alleged statements made by Rodrigo Schumacker to various law enforcement agents involved in this matter.

WHEREFORE, Rodrigo Schumacker requests that this Court hold an in limine hearing to resolve issues relating to the admissibility of evidence.

Dated at Portland, Maine this 5th day of August, 2014.

/s/ Bruce M. Merrill
Bruce M. Merrill - #2240
Attorney for the Defendant,
Rodrigo Schumacker

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2014, I electronically filed the above *Motion in Limine* on behalf of the above-named Defendant, with the Clerk of Court, using the CM/ECF system which will send notification of such filings to all other counsel of record.

/s/ Bruce M. Merrill
Bruce M. Merrill, P.A.
225 Commercial St./Suite 501
Portland, ME  04101
207/775-3333 (Tel.)
207/775-2166 (FAX)
E-Mail: mainelaw@maine.rr.com