BRUCE M. MERRILL, P.A.
225 Commercial Street/Suite 501
Portland, ME  04101
207/775-3333

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CRIMINAL NO. 14-CR-86-DBH |
| ) | |
| RODRIGO SCHUMACKER, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ORDER
[TO PRESERVE AND PRODUCE ROUGH NOTES]**

NOW COMES Bruce M. Merrill, counsel for the above-named Defendant, Rodrigo Schumacker, and hereby moves this Court to order the government to preserve **and produce** all rough notes made during the course of their investigation in this matter for the following reasons:

During the course of the government's investigation in this matter, it can be assumed that a significant volume of notes, drafts of reports, correspondence, memoranda, diaries, other types of writings, and tape recordings were made by the various law enforcement agencies involved in this investigation.  These documents sometimes contain Brady material; yet, due to the fact that the proceedings are at an early stage, neither party may fully understand the Brady significance of a particular item. Brady v. Maryland, 373 U.S. 83 (1963).  Thus, the purpose of this Motion is to place the government on notice that it must preserve

and produce the aforesaid documents and recordings for possible review or use by Mr. Schumacker at a later date.

Other Circuits request the preservation of rough notes by government agents. <u>United States v. Vella</u>, 562 F.2d 275, 276 (3rd Cir. 1977); <u>United States v. Harrison</u>, 524 F.2d 421 (App.D.C. 1975). The Third Circuit also requires the retention of drafts of agents' reports. <u>United States v. Ammar</u>, 714 F.2d 238 (3rd Cir.) <u>cert</u>. <u>denied</u>, 464 U.S. 936 (1983). Cf. <u>United States v. Sepulveda</u>, 15 F.3d 1161, 1179 (1st Cir. 1993)(To qualify as <u>Jencks</u> material, notes of interviews must be substantially verbatim and signed or otherwise verified by witnesses). In its decisions in <u>Vella</u> and <u>Ammar</u>, the Third Circuit noted that the burden imposed on the government in retaining such records is slight when balanced against the defendant's right to a fair trial.

WHEREFORE, Rodrigo Schumacker respectfully requests this Court to order the **preservation <u>and</u> production** of all rough notes and other original documents prepared by the various law enforcement agents and officers during the course of their investigation in this matter.

Dated at Portland, Maine this 5th day of August, 2014.

/s/ Bruce M. Merrill
Bruce M. Merrill
Attorney for the Defendant,
Rodrigo Schumacker

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2014, I electronically filed the above *Motion for Order [to Preserve and Produce Rough Notes]* on behalf of the above-named Defendant, with the Clerk of Court, using the CM/ECF system which will send notification of such filings to all other counsel of record.

/s/ Bruce M. Merrill
Bruce M. Merrill, P.A.
225 Commercial St./Suite 501
Portland, ME  04101
207/775-3333 (Tel.)
207/775-2166 (FAX)
E-Mail: mainelaw@maine.rr.com