# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:14-cr-00086-DBH |
| | ) | |
| RODRIGO SCHUMACKER | ) | |
| | ) | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

The United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, and Craig M. Wolff, Assistant United States Attorney, respectfully submits its response in opposition to the Defendant's motion in limine (Document 16).

**Hearsay, Authentication, Admissibility**

The government objects to the Defendant's motion for pretrial rulings on hearsay, authentication, and admissibility of evidence. In this district, the "routine practice … where no specific evidentiary issue is identified in the motion itself" is to reserve decision to the time of trial. *United States v. Stewart*, 182 F. Supp. 2d 97, 99 n.4 (D. Me. 2002). The Defendant has provided the Court no reason for doing otherwise in this case. The Court can appropriately address evidentiary issues of this nature during trial, with a fuller understanding of the context of the evidence, the foundations set forth for the introduction of the evidence, the purpose for which the evidence is offered, and the availability of limiting instructions.

**Rule 609**

The government is not required under Rule 609 to give pretrial notice that it intends to use evidence of a defendant's criminal conviction, unless the conviction is over ten years old. *See* Fed. R. Crim. P. 609(b)(2). In this case, the government is not aware of any convictions of the Defendant that fall under Rule 609. If the government learns of any such convictions it will notify the Defendant of its intent to use them at trial.

**Rule 608(b)**

Advance notice is not required of the government's intent to use specific instances of a defendant's conduct to attack the defendant's character for truthfulness if he testifies at trial. *See United States v. Tomblin*, 46 F.3d 1369, 1388 n.51 (5th Cir. 1995); *United States v. Hartmann*, 958 F.2d 774, 789 n.5 (7th Cir. 1992). Should the Defendant elect to testify, the government will seek a ruling from the Court on any potential Rule 608(b) impeachment material before proceeding with cross-examination.

**Rule 404(a)**

During its case-in-chief, the government does not intend to introduce evidence or opinions regarding pertinent character traits of the Defendant.

**Rule 404(b)**

Should the government seek to introduce evidence of other crimes, wrongs, or acts under Rule 404(b), it will provide reasonable notice to the Defendant before trial of the general nature of such evidence, as required under Rule 404(b)(2). No basis exists under the rule for any additional disclosure obligations.

**Competency of Witnesses**

The government objects to the Defendant's vague and unsupported motion for a pretrial ruling regarding competency of the government's witnesses.

For the foregoing reasons, the Court should deny or reserve ruling on the evidentiary issues referenced in the Defendant's motion.

Dated in Portland, Maine this 25th day of August, 2014.

                                                  Respectfully submitted,

                                                  THOMAS E. DELAHANTY II
                                                  UNITED STATES ATTORNEY

                                                  /s/ Craig M. Wolff
                                                  Craig M. Wolff
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2014, I electronically filed this **Government's Opposition to Defendant's Motion in Limine** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Bruce M. Merrill, Esq.**
**mainelaw@maine.rr.com**

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

  /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov