# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 2:14-CR-86-DBH |
| RODRIGO SCHUMACKER, | ) |
| | ) |
| DEFENDANT | ) |

## ORDER ON PENDING MOTIONS

The defendant's motions in limine, for discovery (Brady and Giglio materials), to preserve and produce rough notes and to produce personnel files of all law enforcement personnel are **DENIED**.

On the motion in limine, the issues of hearsay rule exceptions, witness competency, and document authentication and admissibility of documents, photography and statements are best made at trial with respect to specific items. On Rule 609, the government has stated that it knows of no convictions of the defendant that fall under the Rule. On Rule 404(a) the government states that it does not to intend to introduce such evidence in its case-in-chief. It agrees that it will give reasonable notice before trial of any Rule 404(b) evidence. It agrees to seek a ruling at sidebar before any attempt to impeach under Rule 608(b) on cross-examination.

On the motion for discovery, the government recognizes its Brady and Giglio obligations. No more is necessary at this time.

On the motion to preserve and produce rough notes, the government has agreed to preserve those that are in its or its agents' possession that have not already been destroyed. It is premature to determine whether they must be produced.

On the motion to produce personnel files of all law enforcement personnel, the government has agreed to review the files of those agents who may serve as witnesses and disclose any impeachment information. Nothing more is required at this time.

**SO ORDERED.**

**DATED THIS 16TH DAY OF SEPTEMBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**