# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:14-cr-00086-DBH |
| | ) | |
| RODRIGO SCHUMACKER | ) | |
| | ) | |

## PROSECUTION VERSION

If this case were to proceed to trial, the government would prove that on March 1, 2010, the Defendant, Rodrigo Schumacker, committed social security fraud, in violation of 42 U.S.C. § 408(a)(7)(B). The government would prove the following facts through witness testimony and documentary evidence.

On March 1, 2010, Schumacker, a Brazilian citizen, completed a Form I-485, Application to Register Permanent Residence or Adjust Status. Schumacker and his wife, a U.S. citizen, were petitioning U.S. Citizenship and Immigration Services to grant him permanent resident status. On the form, Schumacker claimed that he had been assigned the social security number xxx-xx-1284. In fact, he had not been assigned a social security number. The number Schumacker used had been assigned to a female in Florida who was deceased at the time he used the number.

In a follow-up interview with an Immigration Service Officer in December 2010, Schumacker stated that he had made up the social security number to obtain a cellular telephone. In an interview with a Homeland Security Investigations Special Agent in September 2012, Schumacker admitted that he knew the number he had used was not assigned to him.

Schumacker made the false representation regarding social security number xxx-xx-1284 willfully, and with the intent to deceive.

Respectfully submitted,

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY


  /s/ Craig M. Wolff
Craig M. Wolff
Assistant United States Attorney

Dated: March 30, 2015

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2015, I electronically filed this **Prosecution Version** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Bruce M. Merrill, Esq.
mainelaw@maine.rr.com**

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

/s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov
